

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-13-00100-CV

---

1993 GMC PU VIN #2GTEC19HP1506822, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court No. CV39057

---

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Michael Raglin has filed an appeal in the case of *1993 GMC PU VIN #2GTEC19HP1506822 v. The State of Texas*, a forfeiture proceeding. The record in this case was due to be filed on or before October 14, 2013. Our clerk's office contacted the district clerk and ascertained that Raglin is not indigent and has made no arrangements to pay the clerk's fees for preparing the record.

On November 8, 2013, we contacted Raglin by letter, warning him that if he did not pay for or make adequate arrangements to pay for preparation of the record, his appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3. On December 5, we again contacted the district clerk and were informed that he had not contacted them or made any attempt to obtain a record.

We dismiss the appeal.


Bailey C. Moseley
Justice

Date Submitted: December 10, 2013
Date Decided: December 11, 2013